UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CALOS JAVIER ESPINOZA-CABRERA,<br>Defendant. | Criminal No.<br>  8:26-CR-62 (AMN) |

NOTICE OF APPEAL

PLEASE TAKE NOTICE that the United States of America hereby appeals to the United States Court of Appeals for the Second Circuit from the Memorandum-Decision and Order made and entered by the Honorable Anne M. Nardacci, United States District Judge, Northern District of New York, on the 27th day of April, 2026 (Dkt. 5), reversing the judgment of the U.S. Magistrate Judge and vacating the defendant's conviction under 8 U.S.C. §1325(a)(2) for improper entry by an alien.

Dated:  May 22, 2026

TODD BLANCHE
Acting Attorney General

JOHN A. SARCONE III
First Assistant U.S. Attorney

By:    s/ *Douglas Collyer*
        Douglas Collyer
        Assistant United States Attorney
        Bar Roll No. 519096

APPEAL,CLOSED

# U.S. District Court
## Northern District of New York – Main Office (Syracuse) [NextGen CM/ECF Release 1.8 (Revision 1.8.5)] (Plattsburgh)
## CRIMINAL DOCKET FOR CASE #: 8:26–cr–00062–AMN All Defendants
### *Internal Use Only*

Case title: USA v. Espinoza–Cabrera

Date Filed: 02/20/2026

Date Terminated: 04/27/2026

Assigned to: U.S. District Judge
Anne M. Nardacci

**Defendant (1)**

**Carlos Javier Espinoza–Cabrera**
*TERMINATED: 04/27/2026*

represented by **James P. Egan**
Office of the Federal Public Defender – Syracuse Office
Northern District of New York
4 Clinton Square, 3rd Floor
Syracuse, NY 13202
315–701–0080
Fax: 315–701–0081
Email: James_Egan@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*
*Bar Status: Active*
*Fee Status: waived_2025*

**Timothy E. Austin**
Office of the Federal Public Defender – Albany Office
Northern District of New York
54 State Street – Suite 310
Albany, NY 12207
518–436–1850
Email: tim_austin@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*
*Bar Status: Active*
*Fee Status: waived_2025*

| **Pending Counts** | **Disposition** |
| --- | --- |
| 8:1325.P – CONCEALMENT OF FACTS ABOUT REENTRY (1) | |

**Highest Offense Level (Opening)**

Petty Offense

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level
(Terminated)**

None

**Complaints**                                    **Disposition**

None

---

**Plaintiff**

**USA**                          represented by    **Douglas G.N. Collyer**
                                                    Office of United States Attorney –
                                                    Plattsburgh
                                                    14 Durkee Street – Room 340
                                                    Plattsburgh, NY 12901
                                                    518–314–7818
                                                    Fax: 518–314–7811
                                                    Email: douglas.collyer@usdoj.gov
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*
                                                    *Designation: Assistant US Attorney*
                                                    *Bar Status: Active*
                                                    *Fee Status: waived_2025*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 02/20/2026 | 1 | APPEAL OF MAGISTRATE JUDGE – FINAL JUDGMENT to District Court by Carlos Javier Espinoza–Cabrera Appeal taken from case 8:25–po–161. Fee has been waived. (mmg). (Entered: 02/20/2026) |
| 02/24/2026 | 2 | TEXT ORDER REASSIGNING CASE as to Carlos Javier Espinoza–Cabrera (8:26–cr–62 MAD). The Court has been advised that the bench trial of Carlos Javier Espinoza–Cabrera (8:25–po–161 GLF) was tried together with the case of Franklin Amadeo Tenecela–Aguaiza (bench trial 8:25–po–162 GLF) (Appeal no. 8:26–cr–61 AMN). As the cases are related and the bench trials were held together, the appeals of the bench trial judgments should be decided by the same District Judge. It is hereby ORDERED that the appeal of Carlos Javier Espinoza–Cabrera ( 8:26–cr–62 MAD) is reassigned to U.S. District Judge Anne M. Nardacci for all further proceedings. U.S. District Judge Mae A. D'Agostino no longer assigned to case. Signed by U.S. District Judge Mae A. D'Agostino on 02/24/2026. (ban) (Entered: 02/24/2026) |
| 03/09/2026 | | CLERK'S CORRECTION OF DOCKET ENTRY: Clerk deleted the # 3 Memorandum of Law filed by defense counsel as it had the wrong pdf file attached, counsel will refile with the correct attachment asap. (jmb) (Entered: 03/09/2026) |
| 03/09/2026 | 3 | MEMORANDUM OF LAW *ON APPEAL* (Attachments: # 1 Appendix)(Egan, James) (Entered: 03/09/2026) |
| 03/23/2026 | 4 | RESPONSE in Opposition by USA as to Carlos Javier Espinoza–Cabrera re 1 APPEAL OF MAGISTRATE JUDGE – FINAL JUDGMENT to District Court by Carlos Javier Espinoza–Cabrera Appeal taken from case 8:25–po–161. (Collyer, Douglas) (Entered: 03/23/2026) |
| 04/27/2026 | 5 | MEMORANDUM–DECISION and ORDER. The Court hereby ORDERS that the judgment of the Magistrate Judge is REVERSED and Defendant's conviction for improper entry, in violation of 8 U.S.C. § 1325(a)(2), is VACATED. The Court further ORDERS that the case is REMANDED with instructions to dismiss the information without prejudice to refiling in a district in which venue is proper. The Court further ORDERS that the Clerk of the Court shall serve a copy of this Memorandum–Decision and Order on all parties in accordance with the Local Rules. Signed by U.S. District Judge Anne M. Nardacci on 4/27/2026. (mab) (Entered: |

| | | |
|---|---|---|
| | | 04/27/2026) |
| 05/22/2026 | 6 | NOTICE OF APPEAL by USA as to Carlos Javier Espinoza–Cabrera No fee paid. (Collyer, Douglas) (Entered: 05/22/2026) |