# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

       At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of May, two thousand twenty-six.

_____

United States of America,

        Plaintiff - Appellant,

    v.

Carlos Javier Espinoza-Cabrera,

        Defendant - Appellee.

_____

United States of America,

        Plaintiff - Appellant,

    v.

Franklin Amadeo Tenecela-Aguaiza,

        Defendant - Appellee.

_____

**ORDER**

Docket No. 26-1427

Docket No. 26-1428

       IT IS HEREBY ORDERED that the above-captioned appeals shall be heard in tandem.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court